# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Thomas C. Cook  )
Attorney at Law, Bar No. 5266  )
)  Case No.: 2:17-ms-00053
)
)  **ORDER OF SUSPENSION**

On June 27, 2017, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of June 28, 2017. The Order to Show Cause provided Mr. Cook with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Cook. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Thomas C. Cook, Nevada State Bar No. 5266, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __17__ day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 23rd day of August, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Thomas C. Cook
> Law Offices of Thomas C. Cook, Ltd.
> 1980 Festival Plaza Drive, Suite 530
> Las Vegas, NV 89135

Certified Mail No.:   7016 2140 0000 1723 3874

> /s/ Michael Zadina
> Deputy Clerk
> United States District Court,
> District of Nevada